UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61717-CIV-DIMITROULEAS

EMILIO PINERO,

    Plaintiff,

vs.

INVERRARY BOULEVARD PLAZA
CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. See Link v. Wabash Railroad Co., 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b); Clove v. Dollar General Store, 2006 WL 3518563, *2 (M.D. Fla. Dec. 6, 2006) (finding that Plaintiff demonstrated "complete lack of interest in participating in the prosecution of her claim," warranting dismissal). A summons returned executed for Defendant Inverrary Boulevard Plaza Condominium Association, Inc. was filed on December 30, 2009 [DE-13], indicating that Defendant's response to the Complaint was due on or before December 23, 2009. However, Defendant Inverrary Boulevard Plaza Condominium Association, Inc has failed to timely respond to the Complaint and there has been no further activity recorded in this action.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall file a status report on or before January 22, 2010, and further show cause why the above-styled cause should not be

dismissed for want of prosecution.  Failure to comply with this Order shall result in immediate dismissal of this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record