UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61717-CIV-DIMITROULEAS

EMILIO PINERO,

    Plaintiff,

vs.

INVERRARY BOULEVARD PLAZA
CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment [DE-26] filed herein on February 26, 2010.  The Court granted the Motion in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), we enter this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion for Default Judgment [DE-26] is hereby **GRANTED**;

    2.    Judgment is hereby entered in favor of Emilio Pinero and against Defendant Inverrary Boulevard Plaza Condominium Association, Inc.;

    3.    Defendant is ordered to close its premises to the general public until such time as the premises are altered to make them readily accessible to and useable by persons with disabilities to the extent required by the ADA;

    4.    Plaintiff is entitled to recover reasonable attorneys' fees and costs incurred, and to be incurred, in the prosecution of this action;

    5.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of March, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Inverrary Boulevard Plaza Condominium Association, Inc.
4448 Inverrary Boulevard
Lauderhill, FL 33319